# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
FEB 11 2008
U.S. DISTRICT COURT
WHEELING, WV 26003

James Bennon

**Plaintiff(s),**

v.

New England Life Insurance Co., Brian Breneman and Steve J. Linkowski, Jr.

**Defendant(s).**

Civil NO: 5:08-CV-60

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Martin Harris, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: February 8, 2008

_____
United States District Judge