# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FILED FEB 11 2008 U.S. DISTRICT COURT WHEELING, WV 26003**

James Bennon

      **Plaintiff(s)**,

      v.                               Civil NO: 5:08-cv-60

New England Life Insurance Co., Brian Breneman and Steve J. Linkowski, Jr.

      **Defendant(s)**.

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Michael Booher, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: February 8, 2008

_____
United States District Judge